Filed: 3/17/2015 4:40:30 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Kassandra Cavazos, Deputy

CAUSE NO. 2012PB4-000048-L2

| | | |
|---|---|---|
| **IN THE ESTATE OF** | § | **IN THE COUNTY COURT** |
| **CARLOS AGUILAR** | § | **NO. 2** |
| **DECEASED** | § | **WEBB COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 4:50:00 PM
KEITH E. HOTTLE
Clerk

## MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Clarissa Aguilar, as the sole surviving parent and Next Friend of Carlos Aguilar, Jr., Alyssa Aguilar, Andrew Aguilar, Marcus Aguilar, and Kaylee Aguilar, Minor Children (hereinafter "Movants"), and file the following Motion to Dismiss Appeal, and would show the following:

### I.

On March 13, 2015, Vanessa Arce and Eudelia Aguilar filed a Notice of Appeal of Order Dated February 13, 2015. *See* attached Notice of Appeal.

### II.

The February 13, 2015 order is a discovery order. *See* attached order. It clearly does not dispose of all pending claims at issue in the litigation, so it is not a final order or final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Since the February 13, 2015 order is a discovery order, and not a final order, it may not be appealed. *Id.* Accordingly, this frivolous appeal should be promptly dismissed.

1

SCANNED

SCANNED

**III.**

The notice of appeal is frivolous and does not provide reasonable grounds for the advocate to believe that the case should be reversed. Therefore, it is subject to sanctions at the discretion of this Honorable Court. Tex. R. App. P. Rule 45.

**PRAYER**

For these reasons, Clarissa Aguilar, as the sole surviving parent and Next Friend of Carlos Aguilar, Jr., Alyssa Aguilar, Andrew Aguilar, Marcus Aguilar, and Kaylee Aguilar, Minor Children, asks the appellate court to dismiss the appeal, and grant such other relief as the Court in fairness deems appropriate in this situation.

Respectfully submitted,

BY: "/s/ Ronald Rodriguez"
Ronald Rodriguez
State Bar No. 00788306
ron@ronaldrodriguez.com
Willard Clark
State Bar No. 24087307
will@ronaldrodriguez.com
The Law Offices of Ronald Rodriguez
A Professional Corporation
915 Victoria Street
Laredo, Texas 78040
Tel: (956) 796-1000
Fax: (956) 796-1002

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record on this March 17, 2015, in accordance with the Texas Rules of Civil Procedure.

"/s/ Ronald Rodriguez"

3



# The Law Offices of Ronald Rodriguez
## *A Professional Corporation*

Filed: 3/17/2015 4:40:30 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Kassandra Cavazos, Deputy

**RONALD RODRIGUEZ**
Board Certified, Personal Injury Trial Law
Texas Board of Legal Specialization

March 17, 2015

Margie R. Ibarra
Webb County Clerk
1110 Victoria St., Suite 201
Laredo, Texas 78040

RE: *Cause No. 2012PB4000048 L2; In the Estate of Carlos Aguilar, Deceased; In the County Court No. 2, Webb County, Texas.*

Ms. Ibarra:

Please find our Motion to Dismiss Appeal attached. Please forward the attached Notice of Appeal of Order Dated February 13, 2015 filed by Vanessa Arce and Eudelia Aguilar on March 13, 2015 along with our Motion to Dismiss Appeal to the court of appeals with all costs taxed against the Appellants.

Respectfully,

The Law Offices of Ronald Rodriguez
A Professional Corporation

By: "/s/ Ronald Rodriguez"
Ronald Rodriguez
State Bar No. 00788306
ron@ronaldrodriguez.com
The Law Offices of Ronald Rodriguez,
A Professional Corporation
915 Victoria Street
Laredo, Texas   78040
Tel: (956) 796-1000
Fax: (956) 796-1002

---

915 Victoria Street, Laredo, TX 78040 • Ph. (956) 796-1000 • Fax (956) 796-1002
Website:  www.ronaldrodriguez.com

Filed: 3/13/2015 5:52:03 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Leslie Speer, Deputy

No. 2012-PB4-000048-L2

Filed: 3/17/2015 4:40:30 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Kassandra Cavazos, Dep

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN COUNTY COURT AT LAW |
| | § | |
| CARLOS AGUILAR, | § | NO. 2 |
| | § | |
| DECEASED | § | WEBB COUNTY, TEXAS |

## NOTICE OF APPEAL OF ORDER DATED FEBRUARY 13, 2015

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Vanessa Arce and Eudelia Aguilar, Co-Administrators herein, and file their Notice of Appeal to the Order signed on February 13, 2015.

## FACTS

On January 13, 2015, Clarissa Aguilar submitted a proposed "Order" to the Court without the benefit of an accompanying motion or other document requesting the relief that she sought in the order. The matters addressed in the order had already been addressed by the Court and ruled upon. Orders had been entered on all of the matters. Co-Administrators filed an Objection to the proposed Order on January 22, 2015. The Court, without benefit of hearing, signed the proposed Order with slight modifications on February 13, 2015. Co-Administrators respectfully file this Notice of Appeal of the February 13, 2015 Order.



SCANNED

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Vanessa Arce and Eudelia Aguilar and file this Notice of Appeal to the proposed Order signed on February 13, 2015 for proper review by the Court of Appeals.

Respectfully submitted,

BALMER LAW FIRM, P.C.
10107 McAllister Freeway
San Antonio, Texas 78216
Tel. (210) 617-4600
Fax. (210) 617-4601

By: */s/ David Balmer*
     David G. Balmer
     Texas Bar No. 00790260
     Email: davidb@dbalmerlaw.com
Attorney for Eudelia Aguilar and Vanessa Arce, as Co-Administrators of the Estate of Carlos Aguilar, Deceased

## CERTIFICATE OF SERVICE

I certify that on March 13, 2015 a true and correct copy of Notice Of Appeal to the Order Dated February 13, 2015 was served on the following electronically through the electronic filing manager:

Jesus Guillen
Attorney at Law
1308 San Agustin
Laredo, TX 78040
Attorney ad Litem for Carlos Aguilar, Jr.,
Alyssa Nicole Aguilar, Andrew Aguilar,
Marcus Aguilar and Kaylee Annette Aguilar, Minor Children


Ronald Rodriguez
Attorney at Law
915 Victoria Street
Laredo, TX 78040
Attorney for Clarissa Aguilar as Next Friend for
Carlos Aguilar, Jr., Alyssa Nicole Aguilar, Andrew Aguilar,
Marcus Aguilar and Kaylee Annette Aguilar, Minor Children


Jesus M. Dominguez
Attorney at Law
201 W. Hillside, Ste. 17
Laredo, TX 78041
Attorney ad Litem for Carla Aguilar and Karime Aguilar, Minor Children


/s/ David Balmer
David G. Balmer

Filed: 3/17/2015 4:40:30 PM
Margie R. Ibarra
County Clerk
Webb County, Texas
By: Kassandra Cavazos, Deputy

CAUSE NO. 2012PB4-000048-L2

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| CARLOS AGUILAR | § | NO. 2 |
| DECEASED | § | WEBB COUNTY, TEXAS |

## ORDER

On December 14, 2014, this Court signed an order permitting Jesus M. Dominguez's withdrawal as counsel of record Carla Aguilar and Karime Aguilar, appointing Sergio Lozano as Attorney Ad-Litem for Carla Aguilar and Karime Aguilar, and terminating Jesus M. Dominguez's appointment as Guardian Ad-Litem. This Court's November 12, 2014 order denying the Motion to Disqualify Jesus M. Dominguez is vacated.

The Court previously **ORDERED** that the Dependent Administrators Eudelia Aguilar and Vanessa Arce submit *in camera* for review by the Court, the attorneys *ad litem*, and the guardian *ad litem* an unredacted copy of the Mediated Settlement Agreement entered into by the Dependent Administrators and the Defendants in Cause No. 12-06-11697-DCVCLM, styled *Jose Luis Aguilar, et al. v. Heckman Water Resources (CVR), Inc., et al.* in the 293rd Judicial District Court, Dimmit County, Texas to the Court on or before November 7, 2014. The Court may provide a copy of the unredacted Mediated Settlement Agreement to any individual as the Court determines is necessary for the administration of the Estate's claim in this proceeding. The Court's Order of October 31, 2014 denying discovery is vacated.

SCANNED

The Court further **ORDERS** that the Court's October 31, 2014 order in the above-entitled cause on Clarissa Aguilar's Motion to Compel Vanessa Arce to Respond to Request for Production and Request for Continuance and Attorney Ad Litem's Motion to Compel David G. Balmer to Produce Agreements is vacated.

The Court now **ORDERS** Vanessa Arce to produce the following not more than 30 days after the date this order is signed to counsel for Clarissa Aguilar, as the sole surviving parent and Next Friend of Carlos Aguilar, Jr., Alyssa Aguilar, Andrew Aguilar, Marcus Aguilar, and Kaylee Aguilar, Minor Children:

1. An unredacted copy of the Mediated Settlement Agreement. Counsel and Clarissa Aguilar should maintain this document as confidential and it may not be disclosed to the public unless authorized by this Court.

2. All documents concerning the purported settlement of the Estate's claim and the Estate's recovery, including a copy of the settlement agreement, a detailed accounting of the gross settlement, breakdown and net settlement to the heirs of the estate, and all supporting documents.

3. ~~All communications with Jesus "Chuy" Dominguez regarding the purported settlement of the Estate's claims.~~ *2-13-15*

4. All agreements concerning or affecting the claims of the Estate.

5. All contingent attorney fee agreements concerning the claims of the Estate, including all split fee agreements between the Estate's attorneys and any other attorneys.

SIGNED on ____*Feb. 13*____, 2015.

_____
PRESIDING JUDGE

**APPROVED AS TO FORM:**

BY:_____
   Ronald Rodriguez
   State Bar No. 00788306
   Willard Clark
   State Bar No. 24087307
The Law Offices of Ronald Rodriguez,
A Professional Corporation
915 Victoria Street
Laredo, Texas 78040
Tel: (956) 796-1000
Fax: (956) 796-1002